NUMBER 13-08-00442-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

JAMES POLK , Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 148th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam



 Appellant, James Polk, pro se, has filed a motion to dismiss his appeal because he
no longer desires to prosecute it. See Tex. R. App. P. 42.2(a). Without passing on the
merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate
Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and 

filed this the14th day of August, 2008.